# EXHIBIT 1

Case 1:23-cv-01759-CKK   Document 1-3   Filed 06/16/23   Page 1 of 3



**Department of Health and Human Services**
**OFFICE OF MEDICARE HEARINGS AND APPEALS**
Cleveland, OH

| | | | |
|---|---|---|---|
| Appeal of: | **UNION PACIFIC EMERGENCY PHYSICIANS LLC** | OMHA Appeal No.: | **3-6993688620** |
| Beneficiary: | **Multiple (See Attachment A)** | Medicare Part: | B |
| Medicare No.: | **Multiple (See Attachment A)** | Before: | **Brian J. Butler** Administrative Law Judge |

## ORDER OF DISMISSAL

This case is before me on a request for hearing filed by the Appellant on April 11, 2018.

An Administrative Law Judge will dismiss a request for hearing if the request was not filed within the stated time period, and an Administrative Law Judge has not found good cause to extend the deadline, as provided in 42 C.F.R. § 405.1014(e). 42 C.F.R. § 405.1052(a)(3).

A party must file a written request for a hearing before an Administrative Law Judge within 60 calendar days after receipt of the notice of reconsideration. Receipt of the reconsideration is presumed to be 5 calendar days after the date of the reconsideration, unless there is evidence to the contrary. For purposes of meeting the deadline, the request is considered as filed on the date it is received by the office specified in the reconsideration. 42 C.F.R. § 405.1002. In this case, the reconsideration was issued on January 16, 2018. The Appellant's request for hearing was received on April 11, 2018, which was more than 60 calendar days after the date of receipt and is not timely.

If the request for hearing is not filed within 60 calendar days of receipt of the reconsideration, an Appellant may request an extension for good cause. Any request for an extension of time must be in writing, give the reasons why the request for hearing was not filed within the stated time period, and must be filed with the request for hearing with the office specified in the notice of reconsideration. To determine whether good cause for late filing exists, the Administrative Law Judge uses the standards set forth in 42 C.F.R. § 405.942(b)(2) and (3). 42 C.F.R. § 405.1014(e).

In its hearing request, the Appellant indicated that the reconsideration was not received internally until April 9, 2018. A letter was sent to the Appellant requesting more specific information why the request for hearing was filed late. However, the Appellant did not respond, and there is no indication of any limitations that prevented the Appellant from understanding the need to timely file the appeal, or from doing so. As a result, there is insufficient evidence to establish good cause within the meaning of 42 C.F.R. § 405.942(b)(2) and (3) to extend the time period to file a request for hearing.

OMHA Appeal No.3-6993688620

Therefore, the request for an Administrative Law Judge hearing is hereby dismissed.

**SO ORDERED**

_____
Brian Butler
Administrative Law Judge

**ATTACHMENT A**