# EXHIBIT 4



Department of Health and Human Services
Office of the Secretary

## OFFICE OF MEDICARE HEARINGS AND APPEALS

Cleveland Field Office
1001 Lakeside Ave, Suite 700
Cleveland, OH 44114
216-462-4100 (Main)
216-462-4127 (Direct)
216-615-9034 (Fax)
866-236-5089 (Toll Free)

August 31, 2022

Kathleen M. Stratton
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, DC 20006-6801

Appellant:   Unition Pacific Emergency Physicians
OMHA Appeal No:   3-6993688620

Dear Ms. Stratton,

    Enclosed is an Order denying the Appellant's request to vacate the previously issued dismissal. In response to your recent inquiry, this matter is no longer pending with the Office of Medicare Hearings and Appeals. The case was closed following the issuance of the dismissal at which time the Appellant was informed of all appeal rights. In the event the Appellant filed a timely appeal of the dismissal, all requests for a status of this case should be directed to the Medicare Appeals Council.

    Brian J. Butler -S s  Digitally signed by Brian J. Butler -S
    Date: 2022.08.31 11:29:17 -04'00'

Brian J. Butler
Administrative Law Judge

Enclosure



**Department of Health and Human Services**
**OFFICE OF MEDICARE HEARINGS AND APPEALS**
Cleveland, OH

| Appeal of: | UNION PACIFIC EMERGENCY PHYSICIANS LLC | OMHA Appeal No.: | 3-6993688620 |
|---|---|---|---|
| Beneficiary: | Multiple (See Attachment A) | Medicare Part: | B |
| Medicare No.: | Multiple (See Attachment A) | Before: | Brian J. Butler<br>Administrative Law Judge |

## ORDER DENYING REQUEST TO VACATE DISMISSAL

     This matter was dismissed pursuant to an Order that was issued on September 29, 2021. The Appellant is now requesting that the dismissal be vacated. For the reasons set forth below, the request is denied.

     The Appellant filed a request for hearing on April 11, 2018 which was received approximately twenty (20) days outside the sixty (60) day filing deadline. Due to the untimely filing, a Notice of Defect letter was issued on May 21, 2021 informing the Appellant the request for hearing was filed late and a good cause explanation for the untimely filing was required. The Appellant was informed the hearing request would be dismissed if a written response establishing good cause was not provided within twenty (20) calendar days. (File 8, pp. 1-2). The Appellant did not respond and the case was dismissed on September 29, 2021.

     Pursuant to 42 C.F.R. § 405.1052(e), an Administrative Law Judge may vacate a dismissal of a request for hearing or review within 180 calendar days of the date of the notice of dismissal if good and sufficient cause is established. With the request to vacate the dismissal, the Appellant submitted a declaration indicating it did not receive the reconsideration decision until April 2018 due to an oversight by a third party vendor which did not forward the mailing in a timely manner. This explanation does not establish good cause for the untimely filing within the meaning of 42 C.F.R. § 405.942(b)(2) and (3) to extend the time period to file a request for hearing. Therefore, the Appellant's request is denied and the previous dismissal of the hearing request remains in effect.

**SO ORDERED.**

Brian J. Butler -S   Digitally signed by Brian J. Butler
Date: 2022.08.31 11:39:18 -04'00'

Brian J. Butler
Administrative Law Judge

OMHA-173     Page 1 of 3