# EXHIBIT 5

**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
202.747.1900 main
202.747.1901 fax
www.sheppardmullin.com

Paul A. Werner
202.747.1931 direct
pwerner@sheppardmullin.com

April 19, 2023

File Number: 75LG-344084

**VIA FEDEX**

Department of Health and Human Services
Departmental Appeals Board, MS 6127
Medicare Appeals Council
Cohen Building Room G-644
330 Independence Ave., S.W.
Washington, D.C. 20201

Re:   OMHA Appeal No. 3-6993688620
      Appellant:  Union Pacific Emergency Physicians, LLC
      Request For Escalation To Federal Court Pursuant To 42 C.F.R. 405.1132

Dear Medicare Appeals Council:

We are counsel to Union Pacific Emergency Physicians, LLC ("Union Pacific"), and its authorized representative.  By this letter, and pursuant to 42 C.F.R. § 405.1132, Union Pacific hereby requests the Medical Appeals Council to escalate Union Pacific's pending appeal to Federal district court.

On December 3, 2021, Union Pacific filed a timely appeal to the Medicare Appeals Council.  *See* Request for Review (attached as Exhibit ("Ex.") 1).  In its appeal, Union Pacific requested the Appeals Council to review the decision of the ALJ that Union Pacific failed to file a timely request for hearing, and, alternatively, there was no good cause to extend the hearing deadline.  *Id.*  As Union Pacific explained in its submissions to both the ALJ and to the Medicare Appeals Council, it filed its request for hearing on April 11, 2018 – two days after it actually received the QIC notice of reconsideration and well within the 60 day deadline for requesting an ALJ hearing.  *See* Order of Dismissal (attached as Ex. 2); 42 CFR § 405.1002.

Nevertheless, on October 19, 2021, the ALJ held Union Pacific's request for hearing was not timely filed and no good cause existed to extend the deadline.  Ex. 2.  Union Pacific filed a timely request for Council review on December 3, 2021.  Ex. 1; 42 CFR § 405.1102.

More than a year has now passed since Union Pacific filed its request for Council review.  *See* 42 CFR § 405.1100(c) (requiring the Council to issue a final decision within 90 days).  As a result, Union Pacific requests the Council to either issue a decision, dismissal, or remand order within 5 days of receipt of this request, or confirm it is unable to do so, in which case Union Pacific will escalate this dispute to Federal district court.  *See* 42 C.F.R. § 405.1132.

**SheppardMullin**

Department of Health and Human Services
April 19, 2023
Page 2

Respectfully,

Paul Werner
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

**Hannah Wigger**

| | |
|---|---|
| From: | TrackingUpdates@fedex.com |
| Sent: | Thursday, April 20, 2023 9:55 AM |
| To: | Hannah Wigger |
| Subject: | FedEx Shipment 397241561080: Your package has been delivered |



## Hi. Your package was delivered Thu, 04/20/2023 at 9:41am.



Delivered to 330 INDEPENDENCE AVE SW, WASHINGTON, DC 20201

**OBTAIN PROOF OF DELIVERY**

## How was your delivery ?



Personal Message

PSShip eMail Notification

1

| | |
|---:|:---|
| **TRACKING NUMBER** | [397241561080](#) |
| **FROM** | Sheppard Mullin |
| | 2099 Pennsylvania Avenue, N.W. |
| | Suite 100 |
| | Washington, DC, US, 20006 |
| **TO** | Dept. of HHS, Appeal Bd., MS 6127 |
| | Medicare Appeals Counsel |
| | 330 INDEPENDENCE AVE SW |
| | Cohen Building Room G-644 |
| | WASHINGTON, DC, US, 20201 |
| **REFERENCE** | 75GL.323670.007853 |
| **SHIPPER REFERENCE** | 75GL.323670.007853 |
| **SHIP DATE** | Wed 4/19/2023 05:36 PM |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | Washington, DC, US, 20006 |
| **DESTINATION** | WASHINGTON, DC, US, 20201 |
| **SPECIAL HANDLING** | Deliver Weekday |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Priority Overnight |